UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PAOLA IXCOT GUERRA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KRISTI NOEM, Secretary, Department of Homeland Security, et al,<br><br>　　　　Respondents | Case No. 5:25-cv-03119-SSS-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition") and supporting documents, Respondents' Answer, and Petitioner's Reply, and all of the records herein, including the January 6, 2026 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation").  The Court approves and accepts the Report and Recommendation.

　　　　IT IS HEREBY ORDERED that (1) the Petition is granted; (2) Respondents shall immediately release Petitioner; (3) Respondents are permanently enjoined and restrained from detaining Petitioner without notice and a pre-detention hearing where the government bears the burden of proving, by clear and convincing evidence, that Petitioner is a danger to the community or flight risk, and no conditions other than her

1  detention would be sufficient to prevent those harms; and (4) Judgment shall be
2  entered accordingly.
3     IT IS SO ORDERED.
4  DATED: January 26, 2026

_____
HONORABLE SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE

2.