J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRENDA PAOLA IXCOT GUERRA,

                Petitioner,

     v.

KRISTI NOEM, Secretary, Department of Homeland Security, et al.

                Respondents.

Case No. 5:25-cv-03119-SSS-JC

JUDGMENT

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that (1) the Petition for Writ of Habeas Corpus is granted; (2) Respondents shall immediately release Petitioner; (3) Respondents are permanently enjoined and restrained from detaining Petitioner without notice and a pre-detention hearing where the government bears the burden of proving, by clear and convincing evidence, that Petitioner poses a danger to the community or flight risk, and that no conditions other than her detention

///

///

///

would be sufficient to prevent those harms; and (4) the Clerk shall enter Judgment accordingly.

The Court DIRECTS the Clerk to close this case.

IT IS SO ADJUDGED.

DATED:  January 26, 2026

_____

HONORABLE SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE

2.